UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SONNY RAY MARTIN,

    Plaintiff,

v.                                          Case No.: 8:06-CV-234-T-24TBM

JLG INDUSTRIES, INC., ET AL.,

    Defendants.
_____/

## **ORDER**

    This cause comes before the Court on RSC Equipment Rental's ("RSC") Motion in Limine regarding use of the scissor lift (Doc. No. 76), which Plaintiff opposes (Doc. No. 80); and RSC's Motion in Limine regarding manuals (Doc. No. 74), which Plaintiff opposes (Doc. No. 79). The Court discussed these motions at the pretrial conference that was held on October 11, 2007.

    RSC moves to preclude Plaintiff from soliciting testimony that the scissor lift was being properly used during the incident in question, since the Court has previously found that the lift was being used improperly when ruling on the parties' motions for summary judgment. While the Court will grant the motion, the Court is only excluding testimony in which a witness states that the lift was being properly used. The Court is not excluding any testimony regarding how the lift was actually used during the incident, or how the lift is commonly used.

    RSC also moves to preclude any comment or mention that the operator and/or ANSI manuals were not on the scissor lift, because RSC contends that there is no evidence that the manuals were not there. The Court denies this motion and will allow witnesses to testify

regarding any facts to which they have personal knowledge. The Court will not allow speculation, and RSC is free to cross-examine the witnesses regarding the basis for their testimony.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) RSC's Motion in Limine regarding use of the scissor lift (Doc. No. 76) is **GRANTED**; and

(2) RSC's Motion in Limine regarding manuals (Doc. No. 74) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record