UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SONNY RAY MARTIN,

    Plaintiff,

v.                                                                                        Case No.: 8:06-CV-234-T-24TBM

JLG INDUSTRIES, INC., ET AL.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court on RSC Equipment Rental's ("RSC") Motion in Limine regarding Brad Harrison's testimony. (Doc. No. 108). Plaintiff opposes the motion. (Doc. No. 122). RSC moves to preclude Brad Harrison, the person who allegedly delivered the scissor lift, from testifying about RSC's policy and procedures in 2002 and whether the operator and ANSI manuals were on the scissor lift at the time of delivery.

    RSC argues that Harrison has no recollection of the actual delivery, and as such, he is unable to testify regarding whether the manuals were on the lift when it was delivered. The Court has already denied RSC's prior motion to preclude any comment or mention that the operator and/or ANSI manuals were not on the scissor lift based on a similar argument. (Doc. No. 102). As such, the Court denies the instant motion and will allow Harrison to testify regarding any facts to which he has personal knowledge. The Court will not allow speculation, and RSC is free to cross-examine him regarding the basis for his testimony.

    RSC also argues that Harrison should be precluded from testifying about RSC's policies and procedures in 2002, since he said at his deposition that he would defer to someone who was

currently working at RSC as to RSC's policies and procedures.  Plaintiff responds that during his deposition, Harrison was able to testify about RSC's policies and procedures in 2002, and as such, he should not be precluded from testifying about them at trial.  The Court agrees and notes that in Harrison's deposition, the question posed to Harrison was not clear, and he may have believed that he was being asked about RSC's *current* policies and procedures.

Accordingly, it is ORDERED AND ADJUDGED that RSC's Motion in Limine regarding Brad Harrison's testimony (Doc. No. 108) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of October, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record